

# Fourth Court of Appeals
## San Antonio, Texas

June 2, 2014

No. 04-14-00329-CV

**SAVASENIORCARE ADMINISTRATIVE SERVICES, L.L.C**., SSC Rio Grande City
Operating Company, L.P. and Mark Anthony West,
Appellants

v.

Elias **CANTU**, Jr., Hector Cantu, Mary Cantu, Cynthia Cantu, Leticia Cantu, Emilio Cantu, and
Ivar Cantu, Individually and as the Heirs of Maria Maldonado Cantu,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-13-669
Honorable Jose Luis Garza, Judge Presiding

## O R D E R

In response to this court's order dated May 19, 2014, appellant filed written proof that the clerk's fee has been paid. It is therefore ORDERED that the clerk's record be filed in this appeal no later than twenty days from the date of this order.

On May 20, 2014, the court reporter responsible for preparing the reporter's record in this appeal filed a written notice stating he has not received a written request for the preparation of the reporter's record. It is therefore ORDERED that appellant provide written proof to this court within ten days of the date of this order that: (A) the appellant has requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included; *see* TEX. R. APP. P. 34.6(b)(1); and (B) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. See Tex. R. App. P. 37.3(c).

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of June, 2014.



Keith E. Hottle
Clerk of Court